# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

140610

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PATRICK KINNEY,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS
        Defendant-Appellee.

SC: 140610
COA: 294294
Ingham CC: 04-001149-AA

_____/

      On order of the Court, the application for leave to appeal the December 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

p0621